TOWN OF SOUTHINGTON *v.* COMMERCIAL UNION INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 328 (AC 18088), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant surety was not liable to the plaintiff municipality because of the provisions of General Statutes § 8-26c (c)?"

The Supreme Court docket number is SC 16194.

*Marjorie S. Wilder* and *Thomas A. Rouse*, in support of the petition.

*Joseph A. Yamin*, in opposition.

Decided September 29, 1999